# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL EXPERIENCE SPECIALISTS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> PAUL CUNNIFFE, <br><br>  Defendant. | 2:14-cv-00421-JCM-NJK <br><br> ORDER |

This matter is before the Court on Plaintiff's Motion for the Appointment of a Special Process Server, filed on April 21, 2014. *See* Docket No. 11. Plaintiff cites Federal Rule of Civil Procedure 4(c)(3), but provides no legal basis for its request that the Court appoint a special process server. Accordingly, Plaintiff's Motion is Denied Without Prejudice.

IT IS SO ORDERED.

DATED: April 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge